UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR-20-267-G |
| | ) |
| DAVID MANUEL CUMMINGS, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Now before the Court is the Government's Motion to Dismiss Indictment (Doc. No. 16), filed January 4, 2021. The Government states that it has learned new information negatively affecting its ability to prove all elements of the charged offense. The Government further recites that Defendant does not object to its request.

Having considered the Government's argument and the circumstances of this matter, the Court finds that dismissal is in the public interest and that the Motion should be and is hereby GRANTED. *See* Fed. R. Crim. P. 48(a); *Rinaldi v. United States*, 434 U.S. 22, 29 n.15 (1977); *United States v. Romero*, 360 F.3d 1248, 1251 (10th Cir. 2004).

IT IS THEREFORE ORDERED that the Indictment (Doc. No. 1) filed October 7, 2020, charging Defendant David Manuel Cummings with violation of Title 18, United States Code, Section 2250(a), is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 8th day of January, 2021.

_____
CHARLES B. GOODWIN
United States District Judge